Matter of Foley v Board of Elections in the City of N.Y. (2025 NY Slip Op 04968)

Matter of Foley v Board of Elections in the City of N.Y.

2025 NY Slip Op 04968

Decided on September 12, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 12, 2025

Before: Moulton, J.P., Kennedy, González, Shulman, Rodriguez, JJ. 

Index No. 157694/25|Appeal No. 4835|Case No. 2025-04187|

[*1]In the Matter of Joseph W. Foley, Appellant, 
v
The Board of Elections in the City of New York, Respondent.

Joseph W. Foley, appellant pro se.
Muriel Goode-Trufant, Corporation Counsel, New York (Susan Paulson of counsel), for respondent.

Judgment, Supreme Court, New York County (Jeffrey H. Pearlman, J.), entered on or about July 02, 2025, unanimously affirmed for the reasons stated by Jeffrey H. Pearlman, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 12, 2025